UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FABFITFUN, INC.,<br><br>   Defendant. | ECF CASE<br><br>No.: 1:19-cv-5550 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff Tatum-Rios hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear her own fees and costs.

Dated: August 13, 2019
   New York, New York

        s/ Douglas B. Lipsky
        Douglas B. Lipsky
        LIPSKY LOWE LLP
        420 Lexington Avenue, Suite 1830
        New York, New York 10170-1830
        doug@lipskylowe.com
        212.392.4772
        *Attorneys for Plaintiff*